## STATEMENT OF FACTS

On Wednesday, November 25, 2020, at approximately 4:36 p.m., members of the Metropolitan Police Department (MPD) Second District were on patrol in the Dupont Circle neighborhood in Washington, D.C. when they observed a vehicle improperly reversing within the travel lanes of the traffic circle. A traffic stop was conducted in the 1800 block of Massachusetts Avenue Northwest. The driver and sole occupant was identified as Kevin Sanders (Defendant Sanders). The vehicle was registered to Defendant Sanders. A WALES/NCIC check was run and revealed that Defendant Sanders had an active warrant for Burglary out of Prince George's County Maryland. Defendant Sanders was placed under arrest.

Officers discovered that Defendant Sanders had several gun arrests in Washington, D.C. An MPD canine officer and canine responded to the scene. The canine, who was trained in the detection of firearms and firearm accessories, conducted an exterior sweep of the vehicle and positively alerted to the vehicle. A search of the vehicle revealed a firearm in the glovebox.

The firearm that recovered was determined to be a Ruger, model SR45, .45 caliber handgun with an obliterated serial number. When it was recovered, it was loaded with one (1) round in the chamber and eight (8) rounds in a eight (8) round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

A criminal history check of Defendant Sanders through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for First Degree Burglary in the Seventh Judicial Circuit Court for Prince George's County Maryland, case number CT140328X. The defendant was sentenced to twenty (20) years of incarceration for this offense, eighteen and a half (18.5) of which were suspended. The defendant has a prior felony conviction for Aggregated Theft in the Seventh Judicial Circuit Court for Prince George's County Maryland, case number CT140652X. The defendant was sentenced to ten (10) years of incarceration for this offense, eight and a half (8.5) of which were suspended. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
OFFICER ERIC NAUGHTON
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of November, 2020.*

Robin M. Meriweather
2020.11.26 11:43:06
-05'00'

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-237
Assigned to: Judge Robin M. Meriweather
Assign Date: 11/26/2020
Description: COMPLAINT W/ARREST WARRANT